IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERNIE REYNOLDS                                                                                       PLAINTIFF

VS.                                    CASE NO. 5:08CV00053 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration
DEFENDANT

## ORDER

Defendant has filed a motion to remand, stating counsel for Plaintiff was contacted and there is no objection. For good cause shown, the motion (DE #5) is granted.

IT IS, THEREFORE, ORDERED that this matter is remanded to the Commissioner for a *de novo* hearing, pursuant to the sixth sentence of 42 U.S.C. § 405(g).

SO ORDERED this 16th day of July, 2008

_____
UNITED STATES MAGISTRATE JUDGE