```
                IN THE UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF ARKANSAS
                        PINE BLUFF DIVISION
```

ERNIE REYNOLDS                                              PLAINTIFF

vs.            Civil Case No. 5:08CV00053 HLJ

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                              DEFENDANT

## ORDER

The parties' Agreed Motion to Dismiss (DE #8) based on a finding by Defendant that Plaintiff is disabled is hereby granted. Judgment will be entered in Plaintiff's favor.

SO ORDERED this 2nd day of November, 2009.

_____
United States Magistrate Judge