IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERNIE REYNOLDS                                                                            PLAINTIFF

vs.                          Civil Case No. 5:08CV00053 HLJ

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                   DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the parties' agreed Motion to Dismiss (DE #8) be granted.

SO ADJUDGED this 2nd day of November, 2009.

_____
UNITED STATES MAGISTRATE JUDGE